1030

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN CHRISTIN DOYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00625-1, Leila Mills, J., entered April 1, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. HENRY JORDANEQUE BRADY, *Appellant*.

Appeals from a judgment of the Superior Court for Kitsap County, No. 04-1-01951-4, Sally F. Olsen, J., entered May 13, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY JON FRAZER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 04-1-00072-5, Kenneth D. Williams, J., entered June 21, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Van Deren, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CALVIN OSBORNE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00211-7, Sergio Armijo, J., entered July 1, 2005. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, J.; Hunt, J., dissenting.